# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 8:15CR356 |
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO FILE UNDER SEAL** |
| **MATTHEW LOTH**, | ) | Magistrate Judge Thalken |
| Defendant. | ) | |

COMES NOW the Defendant, Matthew Loth, by and through his attorney, Julie A. Frank, and moves the Court for an Order allowing the filing of a Motion for Release to Treatment under seal that should not be made public as it contains confidential information.

WHEREFORE, Defendant respectfully moves this Court for an Order allowing the Motion for Release to Treatment to be filed under seal.

February 10, 2016

                                                  Matthew Loth,
                                                 Defendant.

BY:   __s/Julie A. Frank_____
           Julie A. Frank, #15945
           Attorney at Law
           1823 Harney Street
           Suite 1018
           Omaha, NE 68102
           (402) 346-2215

CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent information of such filing to the following: Douglas Amen.

                        _____s/Julie A. Frank_____
                        Julie A. Frank, #15945
                        Attorney at Law
                        1823 Harney Street
                        Suite 1018
                        Omaha, NE  68102
                        (402) 346-2215