# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 8:15CR356 |
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO FILE UNDER SEAL** |
| **MATTHEW LOTH,** | ) | Magistrate Judge Thalken |
| Defendant. | ) | |

COMES NOW the Defendant, Matthew Loth, by and through his attorney, Julie A. Frank, and moves the Court for an Order allowing the filing of an Index to the Motion for Release to Treatment under seal that should not be made public as it contains confidential information.

WHEREFORE, Defendant respectfully moves this Court for an Order allowing the Motion for Release to Treatment to be filed under seal.

February 11, 2016

                                                              Matthew Loth,
                                                              Defendant.

BY: __s/Julie A. Frank_____
       Julie A. Frank, #15945
       Attorney at Law
       1823 Harney Street
       Suite 1018
       Omaha, NE  68102
       (402) 346-2215

CERTIFICATE OF SERVICE

    I hereby certify that on February 11, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent information of such filing to the following: Douglas Amen.

                                                              _____s/Julie A. Frank_____
                                                              Julie A. Frank, #15945
                                                              Attorney at Law
                                                               1823 Harney Street
                                                               Suite 1018
                                                               Omaha, NE 68102
                                                               (402) 346-2215