IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CR356 |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW LOTH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motions to seal (Filing No. 56; Filing No. 58). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) The motion to file a motion under seal is granted, pending further order of the Court.

2) The motion to file a brief under seal is granted, pending further order of the Court.

DATED this 13th day of December, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court